Opinion filed November 1, 2007 











 
 
  
 
 







 
 
  
 
 




Opinion filed November 1,
2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00262-CR 

                                                    __________

 

                                       EDWARD WHITE, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 238th District Court

                                                         Midland
County, Texas

                                                 Trial
Court Cause No. CR32383

 



 

                                                                   O
P I N I O N

Edward
White has filed in this court a motion to withdraw his notice of appeal.  The
motion is signed by both appellant and his counsel.  The motion is granted, and
the appeal is dismissed.

 

PER CURIAM

November 1, 2007

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.